```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    ELOISE HOLDINGS, LLC,

                              Plaintiff,

              -against-

    MT. HAWLEY INSURANCE COMPANY *and*
    RENAISSANCE RE SYNDICATE 1458
    LLOYDS,

                            Defendants.
-------------------------------------------------------------- X

1:23-cv-7513-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on August 24, 2023.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than September 7, 2023.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: August 25, 2023
       New York, New York

                                                                      _____
                                                                       GREGORY H. WOODS
                                                                    United States District Judge