```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                  :
ELOISE HOLDINGS, LLC,                         :

                           Plaintiff,   :      1:23-cv-07513-GHW

                                       :
                -v-                       :      <u>ORDER</u>
                                       :
MT. HAWLEY INSURANCE COMPANY, *et al.*,  :
                                       :
                     Defendants.  :
                                       :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court held a telephonic conference in this matter on April 5, 2024 to discuss Defendants' request for an extension of time to complete discovery. Dkt. Nos. 19, 20. As discussed at the April 5 conference, the Court orders that Plaintiff's Rule 30(b)(6) representative, Dr. Foster, appear for a deposition on April 19, 2024, at the time specified in Defendants' notice of deposition. As also discussed at the conference, the parties are directed to meet and confer regarding Defendants' request for discovery regarding Plaintiff's insurance carrier. If necessary, Defendants may file a motion to compel such discovery without first seeking a pr-emotion conference.

      The Court also finds good cause to grant in part and deny in part Defendants' request for an extension of time to complete discovery. Dkt. No. 19. Defendants' deadline for the completion of all fact discovery is extended to June 30, 2024. For the avoidance of doubt, Plaintiff's deadline for the completion of all fact discovery remains April 30, 2024, as detailed in the case management plan and scheduling order entered on October 31, 2023. Dkt. No. 15. The deadline for the completion of all expert discovery is extended to June 30, 2024. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by June 1, 2024. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim

must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by June 15, 2024. The deadline for submission of motions for summary judgment, if any, is extended to July 31, 2024. The status conference scheduled for May 16, 2024 is adjourned to July 23, 2024 at 1:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on October 31, 2023, Dkt. No. 15, is due no later than July 16, 2024.

Except as expressly modified by this order, the case management plan entered by the Court on October 31, 2023, Dkt. No. 15, and the schedule and deadlines specified in the Court's October 31, 2023 trial scheduling order, Dkt. No. 16, remain in full force and effect.

SO ORDERED.

Dated: April 11, 2024

_____
GREGORY H. WOODS
United States District Judge