UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELOISE HOLDINGS, LLC,<br><br>       Plaintiff,<br><br> -v-<br><br>MT. HAWLEY INSURANCE COMPANY, et al.,<br><br>       Defendants. | CIVIL ACTION NO. 23 Civ. 7513 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

  The Court is in receipt of the parties' joint letter at ECF No. 27 requesting adjournment of the telephonic conference originally scheduled for Thursday, September 26, 2024 (the "Conference"). The parties' request is GRANTED, and the Conference is RESCHEDULED to **Thursday, October 10, 2024 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:  New York, New York
     October 1, 2024

                  SO ORDERED.

                  _____
                  **SARAH L. CAVE**
                  **United States Magistrate Judge**