```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELOISE HOLDINGS, LLC,                           :
                                                :
                       Plaintiff,               :
                                                :         1:23-cv-7513-GHW
             -v-                                :
                                                :              ORDER
MT. HAWLEY INSURANCE COMPANY, *et al.*,         :
                                                :
                       Defendants.              :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Defendants' October 7, 2024 request for a pre-motion conference, Dkt. No. 29, is granted. The Court will hold a teleconference regarding Defendants' proposed motion for summary judgment on October 18, 2024 at 11:00 a.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: October 10, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge