UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELOISE HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>-v-<br><br>MT. HAWLEY INSURANCE COMPANY, et al.,<br><br>       Defendants. | CIVIL ACTION NO. 23 Civ. 7513 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference regarding the status of the parties' settlement negotiations is scheduled for **Tuesday, January 28, 2025 at 11:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 698-323-163#, at the scheduled time.

Dated:  New York, New York
     January 21, 2025

                SO ORDERED.

                _____
                **SARAH L. CAVE**
                **United States Magistrate Judge**