UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELOISE HOLDINGS, LLC,

                Plaintiff,

    -v-                                          CIVIL ACTION NO. 23 Civ. 7513 (GHW) (SLC)

MT. HAWLEY INSURANCE COMPANY, et al.,        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the declaration filed in response to the Court's Order to Show Cause (ECF No. 40 (the "OTSC")), the Court deems Mr. Trautmann to have satisfied the OTSC, and the Court will not impose sanctions for his failure to appear at the telephone conference held on January 28, 2025.

Dated:        New York, New York
                February 5, 2025

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**