```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELOISE HOLDINGS, LLC,  :
:
                            Plaintiff,  :
:            1:23-cv-7513-GHW
-v-  :
:            ORDER
MT. HAWLEY INSURANCE COMPANY, *et al.*,  :
:
                         Defendants.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated July 23, 2024, Dkt. No. 25, the parties were directed to submit the following materials no later than February 10, 2025: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements (the "Pretrial Materials"). The deadline set in the Court's July 23, 2024 order was not contingent upon the resolution of any motion for summary judgment.

    The Court has not received any of the Pretrial Materials from either party. Nor has the Court received a request for an extension of time for the submission of the Pretrial Materials.

    As the parties are aware, a jury trial in this matter is scheduled to begin on Monday, April 21, 2025 at 9:00 a.m. Dkt. No. 25. Therefore, the Court requires the Pretrial Materials to prepare for the scheduled final pretrial conference and the trial. The parties are directed to comply with the Court's July 23, 2024 order forthwith and in any event no later than March 17, 2025.

    SO ORDERED.

Dated: March 11, 2025
New York, New York

                                                  GREGORY H. WOODS
                                            United States District Judge